Decided May 12, 2004

STATE OF CONNECTICUT *v.* JOSEPH BOOKLESS

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 216 (AC 23354), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Proloy K. Das*, deputy assistant state's attorney, in opposition.

Decided May 12, 2004